NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN H. FARO,**

*Petitioner-Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Respondent-Appellee*

---

2022-1804

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:18-cv-00274-AJT-TCB, Judge Anthony J. Trenga.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    FARO V. VIDAL

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

September 15, 2022
          Date                          /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court

**ISSUED AS A MANDATE:** September 15, 2022